790 A.2d 902

IN THE MATTER OF ALLEN C. MARRA,
AN ATTORNEY AT LAW.

February 28, 2002.

## ORDER

This matter having been duly presented to the Court on the motion of **ALLEN C. MARRA** to stay the effective date of the terms of suspension from practice ordered by the Court on February 5, 2002, and good cause appearing;

It is ORDERED that respondent's motion to stay the effective date of the Court's Orders of suspension dated February 5, 2002, is granted; and it is further

ORDERED that **ALLEN C. MARRA** of **MONTCLAIR,** who was admitted to the bar of this State in 1967, is hereby suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 22, 2002, for the misconduct found by the Disciplinary Review Board in DRB 00–277; and it is further

ORDERED that **ALLEN C. MARRA** is hereby suspended from practice for a concurrent period of six months and until the further Order of the Court, effective March 22, 2002, for the misconduct found by the Disciplinary Review Board in DRB 01–134.